**TULHOMA OIL CO. et al. v. MAYHEW.**

No. 16319—Opinion Filed April 13, 1926.

Rehearing Denied May 11, 1926.

Error from District Court, Noble County; Claude Duval, Judge.

Action between B. S. Mayhew and the Tulhoma Oil Company and others. From the judgment, the latter appeals. Reversed and remanded.

Kleinschmidt & Johnson, W. M. Bowles, Bell & Fellows, Stanley D. Campbell, and Humphrey & Campbell, for plaintiffs in error.

Johnston & Paddock, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 469, 106 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as provided in rule 7 of this court.